UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAWRENCE; VIENNA,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Defendants. | 1:09-CV-1124 LJO GSA<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(DOC. 2) |

Plaintiff Daniel Lawrence Vienna, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed an application seeking leave to proceed in forma pauperis on June 26, 2009, however, Plaintiff has not completed the appropriate form

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;
2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

Failure to obey this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **July 2, 2009**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE